AO 245D   (Rev. 12/03) Judgment in a Criminal Case for Revocations
Sheet 1

# UNITED STATES DISTRICT COURT

__WESTERN__ District of __ARKANSAS__

| UNITED STATES OF AMERICA | JUDGMENT IN A CRIMINAL CASE |
| V. | (For **Revocation** of Probation or Supervised Release) |
| ROY CRESCENCIO RAMIREZ | Case Number: 5:10CR50065-001 |
| | USM Number: 21591-208 |
| | Christopher Griffin |
| | Defendant's Attorney |

**THE DEFENDANT:**

X  pled guilty to violation of condition(s) __Standard Condition #11__ of the terms of supervision.

☐  was found in violation of condition(s) _____ after denial of guilt.

The defendant is adjudicated guilty of these violations:

| **Violation Number** | **Nature of Violation** | **Violation Ended** |
|---|---|---|
| Standard Condition #11 | Associating with Convicted Felon | 05/05/2010 |

The defendant is sentenced as provided in pages 2 through __3__ of this judgment, with the court considering the sentencing guidelines as non-binding and advisory only.

The Court grants the governments's motion to dismiss allegations #1, New Law Violation, and #3, Standard Condition #16.

Defendant's Soc. Sec.  XXX-XX-4512
Defendant's Date of    XX/XX/1987

Defendant's Residence Address:
XXXXXXXXXXXXXXXXXXX
Lowell, AR 72745

Defendant's Mailing Address:
Same as above

May 25, 2011
Date of Imposition of Judgment

/S/ Jimm Larry Hendren
Signature of Judge

Honorable Jimm Larry Hendren, Chief United States District Judge
Name and Title of Judge

May 25, 2011
Date

AO 245D      (Rev. 12/03 Judgment in a Criminal Case for Revocations
             Sheet 2— Imprisonment

Judgment — Page __2__ of __3__

DEFENDANT:      ROY CRESCENCIO RAMIREZ
CASE NUMBER:    5:10CR50065-001

## IMPRISONMENT

The defendant is hereby committed to the custody of the United States Bureau of Prisons to be imprisoned for a total total term of : **five (5) months - being the last five (5) months he has been in federal custody during the period from July 28, 2010, through May 25, 2011, for which he is hereby credited and ordered released.**

☐ The court makes the following recommendations to the Bureau of Prisons:

☐ The defendant is remanded to the custody of the United States Marshal.

☐ The defendant shall surrender to the United States Marshal for this district:
　　☐ at _____ ☐ a.m. ☐ p.m. on _____ .
　　☐ as notified by the United States Marshal.

☐ The defendant shall surrender for service of sentence at the institution designated by the Bureau of Prisons:
　　☐ before 2 p.m. on _____ .
　　☐ as notified by the United States Marshal.
　　☐ as notified by the Probation or Pretrial Services Office.

## RETURN

I have executed this judgment as follows:

_____
_____
_____

　　Defendant delivered on _____ to _____
a _____ with a certified copy of this judgment.

　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　UNITED STATES MARSHAL

　　　　　　　　　　　　By _____
　　　　　　　　　　　　　　　DEPUTY UNITED STATES MARSHAL

DEFENDANT: ROY CRESCENCIO RAMIREZ
CASE NUMBER: 5:10CR50065-001

## SUPERVISED RELEASE

Defendant is placed on supervised release for a term of:   **17 months less 2 days to run from May 25, 2011, through October 23, 2012.**

1. The defendant shall not commit another, federal, state or local crime; the defendant shall not possess, use or have anything at all to do with any controlled substance; and the defendant shall not possess or use any firearm.

2. The defendant shall comply with the Standard Conditions of Supervised Release as recommended by the United States Sentencing Commission and as set out in a certificate concerning a term of supervised release that were signed by the defendant and his attorney, Christopher Griffin. These are incorporated as if they were read verbatim and are set out below.

## STANDARD CONDITIONS OF SUPERVISION

1) the defendant shall not leave the judicial district without the permission of the court or probation officer;

2) the defendant shall report to the probation officer and shall submit a truthful and complete written report within the first five days of each month;

3) the defendant shall answer truthfully all inquiries by the probation officer and follow the instructions of the probation officer;

4) the defendant shall support his or her dependents and meet other family responsibilities;

5) the defendant shall work regularly at a lawful occupation, unless excused by the probation officer for schooling, training, or other acceptable reasons;

6) the defendant shall notify the probation officer at least ten days prior to any change in residence or employment;

7) the defendant shall refrain from excessive use of alcohol and shall not purchase, possess, use, distribute, or administer any controlled substance or any paraphernalia related to any controlled substances, except as prescribed by a physician;

8) the defendant shall not frequent places where controlled substances are illegally sold, used, distributed, or administered;

9) the defendant shall not associate with any persons engaged in criminal activity and shall not associate with any person convicted of a felony, unless granted permission to do so by the probation officer;

10) the defendant shall permit a probation officer to visit him or her at any time at home or elsewhere and shall permit confiscation of any contraband observed in plain view of the probation officer;

11) the defendant shall notify the probation officer within seventy-two hours of being arrested or questioned by a law enforcement officer;

12) the defendant shall not enter into any agreement to act as an informer or a special agent of a law enforcement agency without the permission of the court; and

13) the defendant shall – as directed by the probation officer – notify third parties of risks that may be occasioned by the defendant's criminal record or personal history or characteristics and shall permit the probation officer to make such notifications and to confirm the defendant's compliance with such notification requirement.